# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| JOHNNIE-O, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>GLOBAL APPAREL ALLIANCE LLC,<br><br>*Defendant*. | Civil Action No. 0:26-cv-00292-MGL<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Johnnie-O, Inc. (hereinafter "Johnnie-O"), for its First Complaint against Defendant Global Apparel Alliance LLC ("GAA"), hereby alleges as follows:

## PARTIES

1.  Plaintiff Johnnie-O is a Delaware corporation having a principal place of business at 4223 Glencoe Avenue C2150-612, Marina Del Rey, CA 90292. Since 2005, Johnnie-O has become a leader in the design, manufacture, and sale of men's apparel, including golf shirts and button-down shirts.

2.  Upon information and belief, Defendant GAA is a limited liability corporation organized under the laws of North Carolina, with its principal place of business at 500 Linkwood Road, Rock Hill, SC 29730. Upon information and belief, GAA may be served with process at the office of its registered agent, Incorp Services, Inc., at 176 Mine Lake Court, Suite 100, Raleigh, NC 27615.

## JURISDICTION AND VENUE

3.  This is a civil action for patent infringement under the patent laws of the United

1

States, 35 U.S.C. § 1 *et seq*.

4. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

5. This Court has personal jurisdiction over GAA because, for example, GAA has committed tortious acts of patent infringement and intends a future course of conduct that includes further acts of patent infringement in this District.

6. Upon information and belief, GAA has made, used, sold, offered to sell, and/or imported, and continues to make, use, sell, offer for sale, and/or import in this District products that infringe Johnnie-O's patent. GAA's infringing products are its shirts containing a "hidden 'sport style' placket button" also called "Sporty on the Spot" ("the Accused Products").

7. Upon information and belief, GAA has substantial, continuous, and systematic contacts with this District.

8. Upon information and belief, GAA is in the business of, among other things, manufacturing and selling shirts, including the Accused Products. Upon information and belief, GAA, itself and through its subsidiaries, affiliates, and agents, manufactures, imports, markets, distributes and/or sells shirts, including the Accused Products, throughout the United States, including this District.

9. Upon information and belief, GAA has distribution channels throughout the United States, including in this District. By advertising the Accused Products on the GAA website and without restriction to a particular geographic area, GAA has made clear that it intends to use GAA's national distribution channels to distribute and sell the Accused Products throughout the United States, including this District, which would have a substantial

effect on this District. GAA has introduced the Accused Products into the stream of commerce with the knowledge, or reasonable expectation, that actual or potential users of such products and methods are located within this District.

10. Upon information and belief, and based on publicly available information, GAA maintains an office for at least one of its business units in this District at 500 Linkwood Road, Rock Hill, SC 29730.

11. This Court has personal jurisdiction over GAA by virtue of, for example, (1) its continuous and systematic contacts with this District, (2) its physical presence with this District, and (3) its acts of tortious patent infringement in this District.

12. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391 and 1400(b), for all of the reasons noted above.

## JOHNNIE-O'S BUSINESS

13. Johnnie-O sells premium quality apparel designed with a West Coast Prep aesthetic to customers of all ages and genders, including golf shirts, button-downs, and polo shirts.

14. Johnnie-O has produced and sold these premium quality shirts and other apparel for over twenty years, becoming a beloved brand with consumers, selling thousands of units of products each year.

## THE PATENT-IN-SUIT

15. Johnnie-O owns, by assignment, the entire right, title, and interest to U.S. Patent No. 9,538,791 ("the '791 patent").

16. On January 10, 2017, the USPTO duly and legally issued the '791 patent, titled "Shirt Garment with Hidden Button," naming John O'Donnell as inventor. A true and correct copy of the '791 patent is attached hereto as Exhibit A. The '791 patent generally relates to a

garment with hidden intermediate buttons between the topmost exposed buttons that will permit wearers to be optimally unbuttoned.

## GAA'S ACCUSED PRODUCTS

17.     Upon information and belief, GAA makes, uses, imports, offers to sell, and/or sells Accused Products that infringe the '791 patent. Upon information and belief, GAA has been aware of the '791 patent at all relevant times. For example, on November 7, 2025 Johnnie-O notified GAA of its infringement of the '791 patent via correspondence.

18.     The Accused Products include each and every limitation recited in at least independent claim 1 of the '791 patent as detailed in the preliminary and exemplary infringement chart, attached hereto as Exhibit B. Therefore, the Accused Products are a literal infringement of the '791 patent.

19.     Upon information and belief, GAA has been and is inducing infringement of at least claim 1 of the '791 patent by actively and knowingly inducing others, including its customers and prospective customers, to directly infringe by selling and using the Accused Products. For example, GAA sold the Accused Products to a company called Westport Big & Tall in Westport, Connecticut ("Westport"). Johnnie-O also sent Westport correspondence regarding its infringement of the '791 Patent. Westport promptly ceased selling the Accused Products and directed Johnnie-O to GAA.

## COUNT I
## INFRINGEMENT OF THE '791 PATENT

20.     Johnnie-O incorporates by reference each and every allegation contained in the preceding Paragraphs as though fully set forth herein.

21.     Johnnie-O owns all right, title, and interest in, including the right to sue and recover damages for infringement of the '791 patent.

22.     Upon information and belief, GAA has been aware of the '791 patent at all relevant times.

23.     GAA's aforesaid activities have been without authority and/or license from Johnnie-O and are considered intentional and willful.

24.     Upon information and belief, GAA has infringed and continues to infringe directly the '791 patent, including at least claim 1. The left side of the table attached as Exhibit B contains the language of claim 1 of the '791 patent, and the right side of the table contains citations to representative infringement evidence.

25.     GAA has induced and continues to induce infringement of one or more claims of the '791 patent, including at least claim 1, in violation of 35 U.S.C. § 271(b). Upon information and belief, GAA intentionally has encouraged and continues to encourage direct infringement by its customers and distributors with knowledge of the '791 patent and knowledge that its acts have encouraged and continue to encourage direct infringement, or while remaining willfully blind to the possibility that their inducing acts would cause infringement.

26.     On information and belief, GAA specifically intends for customers to infringe the '791 patent. GAA encourages infringement by customers at least by providing product support and instructions on how to market and use the Accused Products. For example, GAA provides resources, including instructions for using the claimed features in its Accused Products.

27.     GAA has contributed to and continues to contribute to infringement of one or more claims of the '791 patent, including at least claim 1, in violation of 35 U.S.C. § 271(b) by actively and knowingly inducing others, including its customers and distributors, to directly

infringe by using and selling the Accused Products within the United States.

28. Upon information and belief, GAA has willfully infringed the '791 patent. GAA's willful infringement of the '791 patent renders this an exceptional case pursuant to 35 U.S.C. § 285.

29. As a result of GAA's infringement of the '791 patent, Johnnie-O has suffered and will continue to suffer damage. Johnnie-O is entitled to recover from GAA the damages adequate to compensate for such infringement, which have yet to be determined.

## JURY DEMAND

Pursuant to Rule 38(b), Fed. R. Civ. P., Johnnie-O respectfully demands a trial by jury of all issues so triable.

## PRAYERS FOR RELIEF

**WHEREFORE**, Johnnie-O requests that judgment be entered in favor of Johnnie-O and against GAA as follows:

A. That GAA has infringed and is infringing the '791 patent;

B. That such infringement is willful;

C. That Johnnie-O be awarded damages under 35 U.S.C. § 284 in an amount sufficient to compensate Johnnie-O for its damages arising from infringement by GAA, including, but not limited to, lost profits and/or a reasonable royalty, together with pre-judgment and post-judgment interest, and costs;

D. That a permanent injunction be granted against GAA;

E. That this case be declared exceptional pursuant to 35 U.S.C. § 285 and that Johnnie-O be awarded its reasonable attorneys' fees, litigation expenses and expert witness fees, and costs;

F.  That Johnnie-O be awarded an accounting and/or supplemental damages for all damages occurring after any discovery cutoff and through the Court's entry of judgment;

G.  That Johnnie-O be awarded such other relief as this Court or a jury may deem proper and just under the circumstances.

Dated: January 27, 2026

Respectfully submitted,

 s/ Jason A. Pittman
Jason Pittman (Fed. Id. 10270)
Dority & Manning, P.A.
P. O. Box 1449
Greenville, SC 29602-1449
Telephone: (864) 271-1592
Facsimile (864) 233-7342
Email: jpittman@dority-manning.com

AND

Philip Angelo Lim Nulud (*pro hac vice* application forthcoming)
pnulud@buchalter.com
**BUCHALTER, LLP**
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California  90017

Seth Kincaid Trimble (*pro hac vice* application forthcoming)
strimble@buchalter.com
**BUCHALTER, LLP**
3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305

Catherine Maness (*pro hac vice* application forthcoming)
cmaness@buchalter.com
**BUCHALTER, LLP**
60 E. South Temple Street, Suite 1200
Salt Lake City, Utah  84111

Cory Mull (*pro hac vice* application forthcoming)
cmull@buchalter.com
**BUCHALTER, LLP**
3475 Piedmont Rd. NE Suite 1100
Atlanta, GA 30305

*Attorneys for Plaintiff Johnnie-O, Inc.*